RECEIVED

JAN - 8 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT NELSON HOWELL, JR. (#09232-026) | DOCKET NO. 1:15-CV-2146; Sec. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN | MAGISTRATE JUDGE JOSEPH H. L. PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Howell's petition pursuant to 28 U.S.C. §2241 be and is hereby **DISMISSED for lack of jurisdiction**.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 8th day of January, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE